J-M01001-25

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

COMMONWEALTH OF PENNSYLVANIA : IN THE SUPERIOR COURT OF
                                 :           PENNSYLVANIA
                                 :
          v.                     :
                                 :
                                 :
BREIANNA L. SNEED             :
                                 :
          Appellant          :    No. 144 EDM 2024

Appeal from the Order Entered November 12, 2024
In the Court of Common Pleas of Philadelphia County Criminal Division at
No(s): CP-51-CR-0003639-2021

BEFORE: PANELLA, P.J.E., DUBOW, J., and BECK, J.

JUDGMENT ORDER BY PANELLA, P.J.E.:       **FILED JANUARY 21, 2025**

Breianna Sneed has filed a petition for specialized review under Pa.R.A.P. 1610 in which she requests this Court overrule the trial court's order denying her bail pending appeal. After our careful independent review, the petition is **DISMISSED** pursuant to Pennsylvania Rules of Appellate Procedure 1610 and 1762.

Rule 1610 provides, in pertinent part, "[w]here the trial court enters an order under Pa.R.A.P. 1762(b) granting or denying release or modifying the conditions of release **before** sentence, a party may seek review of that order by filing a petition for specialized review." Pa.R.A.P. 1610 (emphasis added). The instant petition was filed after sentencing, so Rule 1610, and consequently Rule 1762(b), do not provide authority for the Superior Court to review this petition. Furthermore, this petition, which arose while a post-sentence motion

was pending, does not fall under Rule 1762(a), because no appeal is pending before the Superior Court. ***See*** Pa.R.A.P. 1762(a) ("*Bail when an appeal is pending*—Applications relating to bail when an appeal is pending shall ordinarily first be presented to the trial court and shall be governed by the Pennsylvania Rules of Criminal Procedure. If the trial court denies relief, a party may seek relief in the appellate court by filing an application, pursuant to Pa.R.A.P. 123, ancillary to the pending appeal.").

Judgment Entered.

Benjamin D. Kohler, Esq.
Prothonotary

Date: <u>1/21/2025</u>